IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 2 9 2008

CLERK, U.S. DISTRICT COURT
BY _____
            DEPUTY
```

STEPHEN C. WALKER
    Plaintiff


vs.                          Civil No. 2:08-CV-084


JOE S. NUNN, ET AL
    Defendant(s)


DECLARATIONS PURSUANT TO 28 U.S.C. § 1746

COMES NOW, Stephen C. Walker, the plaintiff and files the following declarations:

(1) Declaration of Jessie Keith Akin

(2) Declaration of John W. Avrett

(3) Declaration of Antwan Daniels

(4) Declaration of Leslie Henley

(5) Declaration of Eloy Herrera Jr.

(6) Declaration of Mark Douglas Adams

(7) Declaration of Ronnie Lee Ennis

(8) Declaration of Russell V. Knouss

(9) Declaration of Vincent John Trujillo

(10) Declaration of John Vinson

(11) Declaration of Zachary Nelson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION


Stephen C. Walker
    PLAINTIFF

vs.                    Civil No. 2:08-CV-084

Joe S. Nunn, ET AL
    DEFENDANTS


DECLARATION OF JESSIE KEITH AKIN


    I, Jessie Keith Akin, being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. §1746:

(1) My name is Jessie Keith Akin

(2) My TDCJ Number is 1380590

(3) I was incarcerated at the Gurney Unit in 2006

(4) My schedule was as follows:

    (a) Racktime at 10:30 p.m.

    (b) Roster count at 11:00 p.m. to 12:00 a.m.

    (c) Breakfast at 2:30 a.m. to 3:30 a.m.

    (d) Lunch at 10:00 a.m. to 12:15 p.m.

    (e) Dinner at 3:00 p.m. to 5:00 p.m.

    (f) Laundry passed at 6:30 p.m. to 7:30 p.m.

    (g) Work at N/A

    (h) Education at N/A

(5) I was incarcerated at the Choice Moore Unit in 2006 to 2008

(6) My schedule was as follows:

    (a) Racktime at 10:30 p.m.

    (b) Roster count at 11:00 p.m. to 11:45 p.m. and 9:30 a.m.

1

(c) Breakfast at 4:00 a.m. to 5:00 a.m.

(d) Lunch at 11:00 a.m. to 12:00 p.m.

(e) Dinner at 4:00 p.m. to 5:00 p.m.

(f) Laundry at 4:00 a.m. to 5:00 a.m.. This was changed in approximately November 2006 to laundry pass out at 6:00 p.m. to 7:00 p.m.

(g) Work at 10:30 p.m. to 6:00 a.m.

(h) Education at N/A

(7) I am currently incarcerated at the Rufe Jordan Unit

(8) My schedule is as follows:

(a) Racktime at 10:30 p.m.

(b) Roster count at 10:45 p.m. to 11:45 p.m.

(c) Breakfast at 2:15 a.m. to 3:15 a.m.

(d) Lunch at 10:00 a.m. to 12:00 p.m.

(e) Dinner at 3:00 p.m. to 5:00 p.m.

(f) Laundry at 3:40 a.m. to 4:45 a.m.

(g) Work at 6:00 a.m. to 11:00 a.m.

(h) Education at 12:30 p.m. to 3:30 p.m.

(9) These schedules have left me physically and mentally exhausted and in pain. I fall asleep around machinery, to tired to keep my eyes open or think coherently. I continue to suffer from the many adverse effects. If I fall asleep I will be written a disciplinary case or if I hurt myself.


Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Executed on: December 6, 2008


*Jessie Keith Akin*

EXECUTED SIGNATURE

Jessie Keith Akin
1992 Helton Road
Pampa, Texas 79065

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION


Stephen C. Walker
     PLAINTIFF


vs.                        Civil No. 2:08-CV-084


Joe S. Nunn, ET AL
     DEFENDANTS


DECLARATION OF JOHN W. AVRETT


_____

SIGNATURE


John W. Avrett
1992 Helton Road
Pampa, Texas 79065

DECLARATION OF JOHN W. AVRETT


I, John W. Avrett, being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. §1746:


(1) My name is John W. Avrett
(2) My TDCJ numbre is 1401025
(3) I was incarcerated at Middleton Unit in 2006 and 2007
(4) My schedule was as follows:
    (a) Racktime at 10:30 p.m.
    (b) Roster count at 11:00 p.m. to 12:00 a.m.
    (c) Breakfast at 2:30 a.m. to 3:30 a.m.
    (d) Lunch at 10:30 a.m. to 12:30 p.m.
    (e) Dinner at 3:00 p.m. to 5:00 p.m.
    (f) Laundry at 6:00 a.m. to 7:00 a.m.
    (g) Work hours were N/A
    (h) Education at N/A
(5) I was incarcerated at the Dick Ware Unit from Jan. 2007 to Nov. 2008
(6) My schedule was as follows:
    (a) Racktime at 10:30 p.m.
    (b) Roster count at 11:00 p.m. to 12:00 a.m.
    (c) Breakfast at 3:00 a.m. to 4:30 a.m.
    (d) Lunch at 10:30 a.m. to 12:00 p.m.
    (e) Dinner at 3:00 p.m. to 5:00 p.m.
    (f) Work hours were 7:00 a.m. to 2:00 p.m.
    (g) Laundry at 6:00 a.m. to 7:00 a.m.
    (h) Education N/A
(7) I am incarcerated at the Rufe Jordan Unit
(8) My schedule is as follows:
    (a) Racktime at 10:30 p.m.
    (b) Roster count at 10:45 to 11:45 p.m.
    (c) Breakfast at 2:30 a.m. to 3:30 a.m.
    (d) Lunch at 10:00 a.m. to 12:00 p.m.
    (e) Dinner at 3:00 p.m. to 5:00 p.m.

(f) Laundry at 4:00 a.m. to 4:45 a.m.

(g) Work at

(h) Education N/A

(9) These schedules have denied me any adequate sleep leaving me
   exhausted both mentally and physically and in pain.


   Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury
that the foregoing is true and correct to the best of my knowledge.


Executed on: December 6, 2008


_____

SIGNATURE


John W. Avrett
1992 Helton Road
Pampa, Texas 79065

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION


Stephen C. Walker
    PLAINTIFF

vs.                                    Civil No. 2:08-CV-084

Joe S. Nunn, ET AL
    DEFENDANTS


DECLARATION OF ANTWAN DANIELS


   I, Antwan Daniels, being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. §1746:

(1) My name is Antwan Daniels
(2) My TDCJ Number is 1262114
(3) I was incarcerated at the Dick Ware Unit in 2004 to 2006
(4) My schedule was as follows:
    (a) Racktime at 10:30 p.m.
    (b) Roster count at 11:00 p.m. to 12:00 a.m.
    (c) Breakfast at 3:00 a.m. to 5:00 a.m.
    (d) Lunch at 10:00 a.m. to 12:00 p.m.
    (e) Dinner at 4:00 p.m. to 6:00 p.m.
    (f) Laundry passed out at 7:00 a.m. to 8:00 a.m.
    (g) Work at 10:00 p.m. to 6:00 a.m.
    (h) Education at N/A
(5) I am currently incarcerated at the Rufe Jordan Unit
(6) My schedule is as follows and/or has been:
    (a) Racktime at 10:30 p.m.
    (b) Roster count at 10:45 to 11:30 p.m.

(c) Breakfast at 2:15 a.m. to 3:15 a.m.

(d) Lunch at 10:00 a.m. to 12:15 p.m.

(e) Dinner at 3:00 p.m. to 5:00 p.m.

(f) Laundry at 3:45 to 4:45 a.m.

(g) Work at 6:00 a.m. to 12:30 p.m.

(h) Education at N/A

(7) These schedules have left me exhausted. I have had constant headaches and I'm stressed out, irritable and have anxiety.

 

I, pursuant to 28 U.S.C. §1746, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Executed on: December 6, 2008                    _Antwan Daniels_____
                                                 SIGNATURE

                                                 Antwan Daniels
                                                 1992 Helton Road
                                                 Pampa, Texas 79065

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION


Stephen C. Walker
        PLAINTIFF

vs.                              Civil No. 2:08-CV-084

Joe S. Nunn, ET AL


DECLARATION OF LESLIE HENLEY


     I, Leslie Henley, being competent to make this declaration
and having personal knowledge of the matters stated therein,
declares pursuant to 28 U.S.C. §1746:

(1)  My name is Leslie Henely
(2)  My TDCJ Number is 1174525
(3)  I was incarcerated at the Garza East Unit in 2003 to 2004
(4)  My schedule was as follows:
     (a)  Racktime at 10:30 p.m.
     (b)  Roster count at 10:30 p.m. to 11:30 p.m.
     (c)  Breakfast at 2:30 a.m. to 3:30 a.m.
     (d)  Lunch at 10:00 a.m. to 11:30 a.m.
     (e)  Dinner at 3:00 p.m. to 4:30 p.m.
     (f)  Laundry at 4:00 a.m. to 5:00 a.m.
     (g)  Work at (Not sure)
     (h)  Education at N/A
(5)  Was at Garza West also which had the same schedule as Garza East
(6)  I am currently incarcerated at the Rufe Jordan Unit since 2004
(7)  My schedule is as follows:
     (a)  Racktime at 10:30 p.m.

(b) Roster count at 10:45 p.m. to 11:45 p.m.

(c) Breakfast at 2:15 a.m. to 3:15 a.m.

(d) Lunch at ~~3:00 p.m. to 5:00 p.m.~~ 10:00 a.m to 12:15 p.m.

(e) Dinner at 3:00 p.m. to 5:00 p.m.

(f) Laundry passed out at 4:00 a.m. to 5:00 a.m.

(g) Work at 6:00 a.m. to 11:30 a.m.

(h) Education at 12:30 p.m. to 3:30 p.m.

(8) I am constantly falling asleep in class to tired to keep my
eyes open, totally exhausted both physically and mentally.
We are written disciplinary cases for falling asleep at work
or school but it can't be helped. We're totally exhausted from
no sleep because of the schedule and  during the day you
can't get sleep due to the noise, cell door slamming twice an
hour, screaming on the intercom, and staff yelling, plus
the extremely loud noise in the dayroom. I have complained
about the sleep but told its my problem.


Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury
that the foregoing is true and correct to the best of my knowledge.


Executed on December 6, 2008

_Leslie Henley_
_____
SIGNATURE


Leslie Henley
1992 Helton Road
Pampa, Texas 79065

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION


Stephen C. Walker
    PLAINTIFF

vs.                                   Civil No. 2:08-CV-084

Joe S. Nunn, ET AL
    DEFENDANTS


DECLARATION OF ELOY HERRERA JR.


    I, Eloy Herrera Jr., being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. §1746:

(1) My name is Eloy Herrera Jr.

(2) My TDCJ Number is 1229362

(3) I was incarcerated at the Goodman Unit in 2007

(4) My schedule was as follows:

    (a) Racktime at 10:30 p.m.

    (b) Roster count at 10:30 to 11:30 p.m.

    (c) Breakfast at 3:30 a.m. to 4:30 a.m.

    (d) Lunch at 10:45 a.m. to 12:00 p.m.

    (e) Dinner at 3:30 p.m. to 4:30 p.m.

    (f) Laundry at 5:00 p.m.

    (g) Work at 6:00 a.m. to 11:45 a.m. in field squad

    (h) Education at 5:00 a.m. to 3:30 p.m.

(5) I am currently incarcerated at the Rufe Jordan Unit

(6) My schedule has been as follows:

    (a) Racktime at 10:30 p.m.

(b) Roster count at 10:45 to 11:45 p.m.

(c) Breakfast at 2:30 a.m. to 3:15 a.m.

(d)   Lunch at 10:00 a.m. to 12:15 p.m.

(e) Dinner at 3:00 p.m. to 5:00 p.m.

(f) Laundry passed out at : 4:00 a.m. to 4:30 a.m.

(g) Work at 6:00 a.m. to 2:00 p.m.

(h) Education at 5:00 a.m. to 3:30 p.m.

(7) These schedules have left me exhausted both physically and mentally. I fall asleep at work and at school in which I am threatened with a disciplinary write-up. I hurt from the lack of sleep caused by these schedules and by what transpires during the day such as the noise, cell door slamming every hour, screaming on the intercoms during the day and night, ectra. I fear for my health and safety.


    Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.



Executed on December 6, 2008

_____
SIGNATURE


Eloy Herrera Jr.
1992 Helton Road
Pampa, Texas 79065

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION


Stephen C. Walker
        PLAINTIFF

vs.                              Civil No. 2:08-CV-084

Joe S. Nunn, ET AL
        DEFENDANTS


DECLARATION OF MARK DOUGLAS ADAMS


   I, Mark Douglas Adams, being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. §1746:

(1) My name is Mark Douglas Adams
(2) My TDCJ Number is 1509320
(3) I was incarcerated at the Holiday Unit in 2008
(4) My schedule was as follows:
    (a) Racktime at 10:30 p.m.
    (b) Roster count at 11:00 p.m.
    (c) Breakfast at 2:15 a.m. to 3:00 a.m.
    (d) Lunch at 11:00 a.m. to 12:00 p.m.
    (e) Dinner at 4:00 p.m. to 5:00 p.m.
    (f) Laundry was between the hours of 5:00 p.m. and 12:00 a.m. midnight. It depended on the buildings being called. This time varied between the listed hours.
    (g) Work at 6:00 p.m.
    (h) Education at N/A
(5) I am currently incarcerated at the Rufe Jordan Unit
(6) MY schedule is as follows:

    (a) Racktime at 10:30 p.m.

    (b) Roster count at 10:45 p.m. to 11:45 p.m.

    (c) Breakfast at 2:15 a.m. to 3:15 a.m.

    (d) Lunch at 10:00 a.m. to 12:15 p.m.

    (e) Dinner at 3:00 p.m. to 5:00 p.m.

    (f) Laundry passed out at 3:45 a.m. to 5:00 a.m.

    (g) Work at 6:00 a.m. to 11:30 a.m.

    (h) Education at N/A


(7) These times are not exact as the vary, yet it is between the
    hours listed.

(8) These hours have made me exhausted physically and mentally.
    I have headaches, I'm slow, and I can't think at times. I
    fear for my health and safety. I cna't sleep during the day
    either because of the schedule, the extreme noise, cell door
    slamming by staff twice an hour, the intercom blaring night
    and day, and the screaming. I feel like I'm losing my mind.
    I have complained about sleep but have been told I'm in
    prison so shut up.


    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury
that the foregoing is true and correct to the best of my knowledge.


Executed on December 6, 2008                    _Mark D. Adams_
                                                   SIGNATURE


                                    Mark Douglas Adams
                                    1992 Helton Road
                                    Pampa, Texas 79065

# DECLARATION OF

I, RONNIE LEE ENNIS JR. being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. § 1746:

(1) My Name Is RONNIE LEE ENNIS JR.

(2) My TDCJ Number is 752799

(3) I WAS INCARCERATED At the Dolph Briscoe Unit in 1996-1998

(4) My Schedule was as follows:

A) Rack time at 10:30 p.m.

B) Roster Count at 10:30 p.m - 11:15 p.m.

C) Breakfast at 2:30 a.m - 4:00 a.m.

D) Lunch At 10:00 a.m - 12:00 p.m.

E) Dinner at 3:00 p.m - 5:00 p.m.

F) Laundry passed out at 1:00 p.m - 3:00 p.m

G) Work hours were Line Bldg SSI 2:00 p.m - 8:00 p.m.

H) Name school times if any Landscape Design 6:00 a.m - 12:00 p.m.

(5) I WAS INCARCERATED AT TRAVIS COUNTY COMMUNITY JUSTICE CENTER
                     STATE JAIL / TRANSFER UNIT 2005-2007

A) Rack time at 10:30 p.m.

B) Roster count at 10:30 p.m - 11:30 p.m.

C) Breakfast at 2:30 a.m - 4:00 a.m.

D) Lunch at 9:30 a.m. - 12:00 p.m.

E) Dinner at 3:00 p.m - 5:00 p.m.

F) Laundry passed out at 4:30 a.m - 5:30 a.m.

G) Work hours were 6:00 a.m - 10:00 a.m - 1:00 p.m. - 4:00 p.m

H) Name school times if any NONE

(6) These schedules have denied me inadequate sleep causing exhaustion, Miagrain Headaches, dizziness and it has Caused my legs and back to cramp up. I have asked to be given more sleep time and was told to stay out of prison if I wanted to sleep.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my Knowledge.

Executed on: December 6th 2008

Ronnie Lee Ennis Jr.

Ronnie Lee Ennis Jr. # 752799
Jordan Unit
1992 Hilton Rd.
Pampa, TX. 79065 - 9696

I, RUSSELL V. KNOUSS, being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. §1746:

(1) My name is RUSSELL V. KNOUSS

(2) My TDCJ Number is 1173266

(3) I was incarcerated at the JOHN R. LINDSEY UNIT, in 1997-1999

(4) My schedule was as follows:

    (a) Rack time was at 10:30p.m.

    (b) Roster count was at 11:20-11:45p.m.

    (c) Breakfast was at 3:00-4:00a.m.

    (d) Lunch was at 10:30-11:30a.m.

    (e) dinner was at 3:15-4:30p.m.

    (f) Laundry was passed out at 9:45-10:15p.m.

    (g) Work hours were 7:00-3:00p.m.

    (h) School times were 7:00-10:00a.m./12:00-3:00p.m./6:00-9:00p.m.

(5) I was incarcerated at the JOHN R. LINDSEY UNIT, in 2000-2001

(6) My schedule was as follows:

    (a) Rack time was at 10:30p.m.

    (b) Roster count was at 11:20-11:45p.m.

    (c) Breakfast was at 3:00-4:00a.m.

    (d) Lunch was at 10:30-11:30a.m.

    (e) Dinner was at 3:15-4:30p.m.

    (f) Laundry was passed out at 9:45-10:15p.m.

    (g) Work hours were 7:00-3:00p.m.

    (h) School times were 7:00-10:00a.m./12:00-3:00p.m./6:00-9:00p.m.

(7) I was incarcerated at the Wilmer Hutchins Unit, in 2002-2003

(8) My schedule was as follows:

    (a) Rack time was at 10:30-10:45p.m.

    (b) Roster count was at 11:00p.m.-12:00a.m.

    (c) Breakfast was at 2:30a.m.-4:30a.m.

    (d) Lunch was at 10:30a.m.-12:00p.m.

    (e) Dinner was at 4:30-5:30p.m.

    (f) Laundry was at 9:30-10:00a.m.

    (g) Work hours were 6:00a.m.-2:00p.m.

(9) I am currently incarcerated at the Rufe Jordan Unit, in 2003 to present.

(10) My schedule is as follows:

    (a) Rack time 10:30p.m.

    (b) Roster count at11:00p.m. to 11:45p.m.

    (c) Breakfast at 2:15a.m.- 3:30a.m.

    (d) Lunch at 10:00a.m.-12:15p.m.

    (e) Dinner at 3:00p.m.- 5:00p.m.

    (f) Laundry passed out at 3:45a.m.- 4:30a.m.

    (g) Work hours are 6:00a.m.- 2:00p.m.

(11) These schedules have denied me inadequate sleep causing exhaustion.

Pursuant to 28 U.S.C. §1746, i declare under penalty of perjury that the foregoing is true and correct.

Executed on this *December 6 2008*

*Russell Knouss*
                 SIGNATURE

RUSSELL V. KNOUSS
1992 HELTON ROAD
PAMPA, TEXAS 79065

# DECLARATION OF

I VINCENT JOHN TRUJILLO, BEING COMPETENT TO MAKE THIS DECLARATION AND HAVING PERSONAL KNOWLEDGE OF THE MATTERS STATED THEREIN, DECLARES PURSUANT TO 28 U.S.C. - 1746:

1. MY NAME IS VINCENT JOHN TRUJILLO
2. MY TDC # IS 1319001
3. I WAS INCARCERATED AT THE DUNCAN TRANC.
   IN 2001-2003.
4. MY SCHEDULE WAS AS FOLLOWS:
   A. RACK TIME - 10:30 PM - 1 AM
   B. ROSTER COUNT 11 PM
   C. BREAKFAST AT 4 AM - 5 AM
   D. LUNCH AT 11:30 AM - 12:45 PM
   E. DINNER AT 4:45 PM - 5:45 PM
   F. LAUNDRY AT 7 AM - 8:30 AM / 2:30 - 3:15 PM
   G. WORK HRS 11 PM - 6 AM
   H. G.ED HRS 8 - 11 AM
5. I AM CURRENTLY INCARSERATED AT THE
   JORDAN UNIT 2008
6. MY SCHEDULE IS AS FOLLOWS:
   A RACK TIME - 10:30 PM - 1 AM
   B ROSTER COUNT 11 PM
   C BREAKFAST 2:30 - 4 AM
   D LUNCH 10:45 - 12 PM
   E DINNER AT 3:30 - 5 PM
   F LAUNDRY AT 4 AM - 5 AM
   G WORK HRS 6 AM - 11:30 AM
   H SCHOOL HRS / NONE

7. THIS SCHEDULE HAS MADE ME TIRED /
STRESSED MOST OF MY TIME AND I
HAVE COMPLAINED AND WAS TOLD TO DEAL
WITH IT. ALSO AS OF ME WORK IN LAUNDRY
ON THE PRESSER (HOT IRON PRESS) I FEEL MY
SAFTEY IS AT RISK.

PURSUANT TO 28 U.S.C. - 1746, I DECLARE
UNDER PENALTY OF PERJURY THAT THE FOREGOING
IS TRUE AND CORRECT TO THE BEST OF MY
KNOWLEDGE.

EXECUTED ON: 12/11/2008

VINCENT JOHN TRUJILLO
1992 HELTON RD
PAMPA TX. 79065

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION


Stephen C. Walker
    PLAINTIFF

vs.                   Civil No. 2:08-CV-084

Joe S. Nunn, ET AL
    DEFENDANTS


DECLARATION OF JOHN VINSON


I, John Vinson, being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. §1746:


(1) My name is John Vinson
(2) My TDCJ Number is 1452170
(3) I was incarcerated at the Garza East Unit in 2007 to 2008
(4) My schedule was as follows:
    (a) Racktime at 10:30 p.m.
    (b) Roster count at 11:00 p.m. to 12:00 a.m.
    (c) Breakfast at 3:00 a.m. to 5:00 a.m.
    (d) Lunch at 10:00 a.m. to 12:00 p.m.
    (e) Dinner at 4:00 p.m. to 5:00 p.m. or 6:00 p.m.
    (f) Laundry at 7:00 a.m. to 8:00 a.m.
    (g) Work at 10:00 a.m. to 6:00 p.m.
    (h) Education at N/A
(5) I am currently incarcerated at the Rufe Jordan Unit
(6) My schedule is as follows:

    (a) Racktime at 10:30 p.m.

    (b) Roster count at 11:00 p.m. to 11:45 p.m.

    (c) Breakfast at 3:00 a.m. to 5:00 a.m.

    (d) Lunch at 10:00 a.m. to 12:00 p.m.

    (e) Dinner at 3:00 p.m. to 5:00 p.m.

    (f) Laundry for our building at 4:45 a.m. to 5:20 a.m.

    (g) Work hours were 6:30 a.m. to 11:00 a.m. then 2:oo p.m. to 3:00 p.m.

    (h) Education at N/A

(7) These schedules have left me tired and exhausted to where I cant stay awake. I get headaches and I'm stressed to where I can't take anymore. I hurt.


    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Executed on: 12-9-08            John Vinson
                                        SIGNATURE

                                     John Vinson
                                     1992 Helton Road
                                     Pampa, Texas 79065

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION


Stephen C. Walker
     PLAINTIFF


vs.                              Civil No. 2:08-CV-084


Joe S. Nunn, ET AL
     DEFENDANTS


DECLARATION OF ZACHARY NELSON


*Zachary Nelson*
/SIGNATURE


Zachary Nelson
1992 Helton Road
Pampa, Texas 79065

DECLARATION OF ZACHARY NELSON


I, Zachary Nelson, being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. §1746:


(1) My name is Zachary Nelson

(2) My TDCJ Number is 718410

(3) I was incarcerated at the Hutchins State Jail in 2005

(4) My schedule was as follows:

    (a) Racktime at 10:30 p.m.

    (b) Roster count at 11:00 p.m. to 12:00 a.m.

    (c) Breakfast at 2:30 a.m. to 4:30 a.m.

    (d) Lunch at 10:30 a.m. to 12:00 p.m.

    (e) Dinner at 4:30 p.m. to 5:30 p.m.

    (f) Laundry passed out at 9:30 a.m. to 10:00 a.m.

    (g) Work hours were 6:00 a.m. to 2:00 p.m.

(5) I was incarcerated at the Dawson State Jail from 2005 to 2007

(6) My schedule was as follows:

    (a) Racktime was at 10:30 p.m.

    (b) Roster count at 11:00 p.m. to 12:00 a.m.

    (c) Breakfast at 2:30 a.m. to 4:00 a.m.

    (d) Lunch at 10:00 a.m. to 11:30 a.m.

    (e) Dinner at 4:00 p.m. to 5:00 p.m.

    (f) Laundry pass out at 9:00 a.m.

    (g) Work hours were 2:00 p.m. to 10:00 p.m.

(7) I am currently incarcerated at the Jordan Unit

(8) My schedule is as follows:

    (a) Racktime at 10:30 p.m.

    (b) Roster count at 11:00 pm. to 11:45 p.m.

    (c) Breakfast at 2:15 a.m. to 3:30 a.m.

    (d) Lunch at 10:00 a.m. to 12:15 p.m.

    (e) Dinner at 3:00 p.m. to 5:00 p.m.

    (f) Laundry pass out time at 3:45 a.m. to 4:30 a.m.

(9) Work hours have been 6:00 a.m. to 12:30 p.m. boot factory, before.
(10) These schedules have denied me sleep causing exhaustion


   Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury
that the foregoing is true and correct.



Executed on this _December 4, 2008_


                              _Zachary Nelson_
                                 SIGNATURE

                              Zachary Nelson
                              1992 Helton Road
                              Pampa, Texas 79065

## CERTIFICATE OF SERVICE

I, Stephen C. Walker, hereby certify that on this date, I mailed a true and correct copy of the following document by United States Mail, postage pre-paid, to the defendants attorney of record at the following address:

Assistant Attorney General
Ms. Nadine Phillpotts
P.O. Box 12548
Austin, Texas 78711

Dated this 22 day of December , 200 8

_____
SIGNATURE

Stephen C. Walker
1992 Helton Road
Pampa, Texas 79065